

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ORIYOMI SADIQ OLAOLUWAKINTAN ASHAMU ALOBA,

        Petitioner,

    v.

BUREAU OF PRISON,

        Respondent.

Case No. 2:25-cv-09606-RGK-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, Petitioner's motion under Rule 60(b) (Dkt. 6), and the Report and Recommendation of the U.S. Magistrate Judge ("R&R" at Dkt. 11). Since the case was previously dismissed on screening under the in forma pauperis statute, the Petition was never served on Respondent and no opposition to the Rule 60(b) motion was filed.

No objections to the R&R were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and

recommendations of the Magistrate Judge.

During the objections period, Petitioner filed a "request for information" asking the Court to "disclose [the] procedure and how [the Court] determined that [Petitioner] is currently held at the location where [the order at Dkt. 9] was served…." (Dkt. 12.)  As explained in that order, the Court used the ICE Online Detainee Locator System (https://locator.ice.gov/odls/#/search) and Petitioner's immigration A# to find his location and update his mailing address, because mail sent to his previous address was returned as undeliverable.  (Dkt. 9.)

IT IS THEREFORE ORDERED that Petitioner's motion under Rule 60(b) (Dkt. 6) is **denied**, and his request for information (Dkt. 12) is **granted**, to the extent that the Court has provided the above explanation for its previous order.

DATED:  1/29/2026

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2